IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. MAUTHE, individually and as the representative of a class of similarly-situated persons, *Plaintiff*, v. SPREEMO, INC. and THE HARTFORD FINANCIAL SERVICES GRP., *Defendants.* | : : : : : : : : : : : : | CIVIL ACTION <br><br> NO. 18-1902 |

## ORDER

**AND NOW**, this 28th day of January 2019, upon consideration of Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 24), Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 27), Defendants' Joint Reply (ECF No. 29), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 24) is **GRANTED**. All matters having been disposed of, this matter is dismissed.

BY THE COURT:

_____
CHAD F. KENNEY, J.