IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>v.<br><br>SPREEMO, INC. and<br>THE HARTFORD FINANCIAL<br>SERVICES GRP.,<br><br>            Defendants. | Case No. 18-cv-1902<br><br>Hon. Chad F. Kenney, Jr. |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS GIVEN that plaintiff Robert W. Mauthe hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered on January 28, 2019 (ECF 41, 42), granting Defendants' motion to dismiss, as well as the memorandum order entered concurrently (ECF 40). A true and correct copy of the Orders are attached as Exhibits A, B, and C.

Dated: February 27, 2019	Respectfully submitted,

ROBERT W. MAUTHE, individually and as the representative of a class of similarly-situated persons,

By: /s/ Richard Shenkan

Richard Shenkan
SHENKAN INJURY LAWYERS, LLC
P.O. Box 7255
New Castle, PA 16107
Phone: (248) 562-1320
Fax: (888) 769-1774

Phillip A. Bock (admitted *pro hac vice*)
Daniel J. Cohen (admitted *pro hac vice*)
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Facsimile: 312-658-5555

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing in the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send e-mail notification of such filing to any counsel that has entered an appearance.


February 27, 2019                                                                  /s/ Richard Shenkan
                                                                                               Counsel for Plaintiff