UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., a Philadelphia corporation, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SPREEMO, INC. and THE HARTFORD FINANCIAL SERVICES GROUP,<br><br>　　Defendants. | Case 5:18-cv-1902-LAS<br><br>Hon. Lynne A. Sitarski |

## AGREED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Plaintiff, Robert W. Mauthe, M.D., P.C. ("Plaintiff"), on behalf of itself and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests, pursuant to Fed. R. Civ. P. 23 (e), that the Court enter an order (1) preliminarily approving the parties' proposed class action Settlement Agreement (the "Agreement") attached to Plaintiff's supporting brief as Exhibit A, (2) approving the form of Class Notice attached as Exhibit 2 to the Agreement and its dissemination to the Settlement Class by both U.S. Mail and by facsimile, and (3) setting dates for opt-outs, objections, and a fairness hearing.

As detailed in the accompanying memorandum, Plaintiff believes the Court will likely be able to approve the settlement after notice to the Settlement Class and a final approval hearing.

Dated: November 17, 2021

Respectfully submitted,

Robert W. Mauthe, M.D., P.C., individually and as the representative of a class of similarly-situated persons

By: /s/ David M. Oppenheim
    One of its attorneys

Phillip A. Bock, Esq. (*pro hac vice*)
David M. Oppenheim, Esq. (*pro hac vice*)
Bock Hatch & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
phil@classlawyers.com

Richard E. Shenkan, Esq. (PA 79800)
Shenkan Injury Lawyers, LLC
P.O. Box 7255
New Castle, PA 16107
(248) 562-1320
(888) 769-1774 (fax)
rshenkan@shenkanlaw.com

Andrew J. Reilley, Esq.
Saxton & Stump, LLC
100 Deerfield Lane, Suite 240
Malvern PA 19355
(484) 328-8514
(484) 713-5241 (fax)
ajr@saxtonstump.com

*Attorneys for Plaintiff*

**CERTIFICATE OF E-FILING AND SERVICE**

    I hereby certify that on November 17, 2021, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                             /s/ David M. Oppenheim